Entered: October 30, 2020
Signed:  October 30, 2020

**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:  Case No.:  20–17074 – MMH      Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John E. Goralski | Margaret E. Goralski |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 803 Silver Avenue | 803 Silver Avenue |
| Essex, MD 21221 | Essex, MD 21221 |
| Social Security No.:  xxx–xx–9951 | xxx–xx–5977 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 7/29/20.

The estate of the above–named debtor has been fully administered.

ORDERED, that Patricia B. Jefferson is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec – *edevine***